United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PIERRY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THIRTY-ONE GIFTS, LLC,<br><br>　　　　　Defendant. | Case No. 3:17-cv-03074-LB<br><br>**ORDER AWARDING PIERRY'S COSTS**<br><br>Re: ECF Nos. 242, 244, 245 |

The remaining discovery issue is Thirty-One Gifts' alleged eleventh-hour production of documents and the resulting need for a further deposition.[1] The court can decide the issue without oral argument. Civ. L. R. 7-1(b).

The issue here is qualitatively different than the discovery dispute where Pierry improperly instructed the client not to answer questions and wrongly pulled the plug on the deposition.[2] Here, by contrast, the harm is only the document timing: if the documents had been produced before the initial deposition, presumably counsel could have addressed them then, and the fees would have been incurred in any event. That said, Pierry incurred unnecessary costs: $1,116.80 for the court reporter, $363.03 to rent the conference room, $165.79 for the car rental, and $371.61 for the hotel

---

[1] Letter Briefs – ECF No. 240 at 7 and ECF Nos. 242, 244, 245.

[2] Order – ECF No. 127.

ORDER – No. 3:17-cv-03074-LB

1  room.³ (Probably Thirty-One Gifts could have avoided the last four expenses if it kept the

2  deposition in Cleveland instead of Columbus.)

3  The court thus orders Thirty-One Gifts to pay Pierry $2,017.23.

4  This disposes of ECF No. 242, 244, and 245.

5  **IT IS SO ORDERED.**

6  Dated: June 21, 2020          _____

                                              LAUREL BEELER
7                                                United States Magistrate Judge

---

³ Pierry Decl. – ECF No. 242 at 8 (¶ 9).

ORDER – No. 3:17-cv-03074-LB          2

United States District Court
Northern District of California